IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

United States of America )
    vs. ) Criminal Number **15-180-001**
   )
**SANTINO ACHILLE** )

The above named defendant satisfied the judgment of **MARCH 16, 2017**
by paying on **MARCH 16, 2017** the full balance due on court ordered:

        ___X___ ASSESSMENT

        _____ FINE

        _____ COST

        _____ RESTITUTION

The Court's docket and judgment index should be marked to reflect satisfaction of the judgment.

_____    03-23-2017
Deputy Clerk                                      Date

FILED
MAR 23 2017
DISTRICT COURT
WEST DIST OF PENNSYLVANIA